UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DENNIS D. JACKSON,

  Petitioner,

    v.

UNITED STATES OF AMERICA,

  Respondent.

Civil No. 21-cv-361-JPG
Criminal No 17-cr-40052-JPG

## JUDGMENT

This matter having come before the Court, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that petitioner Dennis D. Jackson's motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255 is denied, that judgment is entered in favor of respondent United States of America and against petitioner Dennis D. Jackson, and that this case is dismissed with prejudice.

**DATED: December 19, 2022**       MONICA A. STUMP, Clerk of Court

                                                   **s/Tina Gray, Deputy Clerk**

**Approved:**    s/ J. Phil Gilbert
                 **J. PHIL GILBERT**
                 **DISTRICT JUDGE**